IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AVID RADIOPHARMACEUTICALS, INC. | : | CIVIL ACTION |
| | : | |
| | : | No. 19-3632 |
| v. | : | |
| | : | |
| AIA AMERICA, INC., et al. | : | |

# ORDER

AND NOW, this 23rd day of January, 2020, the Court having directed Plaintiff Avid Radiopharmaceuticals Inc. to respond to Defendants AIA America, Inc. and Ronald Sexton's Motion to Dismiss, and Avid having failed to do so on multiple occasions, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the above-captioned case is DISMISSED for failure to prosecute.

It is further ORDERED Defendants Motion to Dismiss (Document 5) is DENIED as moot.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.